James J. Elacqua (187897; JElacqua@deweyballantine.com)
Jeannine Yoo Sano (174190; JSano@deweyballantine.com)
Saxon S. Noh (207845; SNoh@deweyballantine.com)
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7250
Facsimile: (650) 845-7333

Cono A. Carrano (*pro hac vice*; CCarrano@deweyballantine.com)
DEWEY BALLANTINE LLP
1775 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4605
Telephone: (202) 862-4541
Facsimile: (202) 862-1093

Kevin S. Kudlac (*pro hac vice*; KKudlac@deweyballantine.com)
Brian K. Erickson (*pro hac vice*; BErickson@deweyballantine.com)
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
Telephone: (512) 226-0600
Facsimile: (512) 226-0333

Attorneys for Defendants-Counterplaintiffs
CONNECTIX CORPORATION and
MICROSOFT CORPORATION

Isabella Fu (154677; isabelfu@microsoft.com)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 722-4846
Facsimile: (425) 936-7329

Attorney for Defendant-Counterplaintiff MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| VMWARE, INC.,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>CONNECTIX CORPORATION and<br>MICROSOFT CORPORATION,<br><br>Defendants-Counterplaintiffs. | Case No. Case No. C 02-03705 CW<br>(Consolidated with C 03-00654 CW)<br><br>**PROPOSED ORDER RE ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Date: May 25, 2005<br>Time: 9:30 am<br>Courtroom F, 15th Floor, San Francisco<br>Hon. James Larson |

Having considered the Administrative Motion by Defendants Connectix Corporation and

-2-

Microsoft Corporation to file under seal Plaintiff VMware, Inc.'s response to Interrogatory No. 23, submitted as Exhibit 15 to the Declaration of Cono A. Carrano in Support of Defendants' Response to Plaintiff VMWare, Inc.'s Motion To Amend Protective Order, in view of VMware's designation of such response as "Highly Confidential" under the Protective Order in this case,

IT IS HEREBY ORDERED:

   X   Defendants' Administrative Motion To File Document Under Seal is granted. Exhibit 15 to the Declaration of Cono Carrano in Support of Defendants' Response to Plaintiff VMWare, Inc.'s Motion to Amend Protective Order pursuant to the Protective Order identified in Defendants' Administrative Motion shall be placed under seal.

   __  Defendants' Administrative Motion To File Document Under Seal is denied.

Dated:  May 31        , 2005

                                    /s/ James Larson
                                    _____
                                    Honorable James Larson
                                    United States Magistrate Judge

**Proof of Service**

I am and was at the time of the service mentioned in this declaration, employed in the County of Santa Clara, California. I am over the age of 18 years and not a party to the within action. My business address is Dewey Ballantine LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303-2225.

On May 4, 2005, I served the within document:

**PROPOSED ORDER RE ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**

I sent such document from facsimile machine 650 845-7333 on May 4, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 650 845-7333 which confirms said transmission and receipt.

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 1950 University Avenue, Suite 500, East Palo Alto, CA 94303-2225, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelopes for delivery by Federal Express to the offices of the addressees as indicated on the attached mailing list on the date hereof following ordinary business practices.

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Stephen M. Muller<br>Michael R. Dube<br>Allen C. Nunnally<br>Wilmer Cutler Pickering Hale and Dorr<br>60 State Street<br>Boston, MA 02109<br>Facsimile: 617/526-5000 | Michael A. Oblon<br>Wilmer Cutler Pickering Hale and Dorr<br>1455 Pennsylvania Avenue, N.W.<br>Washington D.C. 20004<br>Facsimile: 202/942-8484 |
| John Gunther<br>Leanne Fitzgerald<br>EMC Corporation<br>176 South Street<br>Hopkinton, MA 01748<br>Facsimile: 508/ 293-7189 | Susan J. Harriman<br>Daniel E. Jackson<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br>Facsimile: (415) 397-7188 |

1
2
3     I declare that I am employed in the office of a member of the bar of this court at whose
4 direction the service was made.  Executed on May 4, 2005, at East Palo Alto, California.
5
6                                         /S/_____
7                                         Tammy Miller
8
9                                                                              PA1  17878v1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-
PROPOSED ORDER RE ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL
C 02 03705 CW, C 03 00654 CW (Consolidated)