William F. Lee
Email: William.lee@wilmerhale.com
Dominic E. Massa (*pro hac vice*)
Email: dominic.massa@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff-Counterdefendant
VMware, Inc.

James J. Elacqua (SBN: 187897)
Email: JElacqua@deweyballantine.com
Jeannine Yoo Sano (SBN: 174190)
Email: JSano@deweyballantine.com
Cono A. Carrano (*pro hac vice*)
Email: CCarrano@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Ave., Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendants-Counterclaimants
Connectix Corporation and Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| VMWARE, INC.<br><br>    Plaintiff-Counterdefendant,<br><br>    vs.<br><br>CONNECTIX CORPORATION AND MICROSOFT CORPORATION<br><br>    Defendants-Counterplaintiffs.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 02-03705 CW<br>(Consolidated with C 03-00654 CW)<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure §§ 41(a)(1)(ii) and 41(c), plaintiff VMware, Inc. and defendants Connectix Corporation and Microsoft Corporation hereby stipulate that all claims and counterclaims in this action shall be, and hereby are, dismissed without prejudice and without costs to either party.  Each party shall bear its own attorneys' fees and experts' fees.

Dated: June 15, 2005

| | |
|---|---|
| WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br><br>By: /s/_____<br>   Dominic E. Massa<br>Attorneys for Plaintiff-Counterdefendant<br>VMware, Inc. | DEWEY BALLANTINE LLP<br><br><br>By: /s/_____<br>   James J. Elacqua<br>Attorneys for Defendants-Counterclaimants<br>Connectix Corporation and Microsoft Corporation |

1     Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I

2 attest under penalty of perjury that concurrence in the filing of the document has been obtained from

3 Dominic E. Massa.

4

5 Dated: June 15, 2005                                    DEWEY BALLANTINE LLP

6

7                                                By: /s/_____

8                                                    James J. Elacqua
                                          Attorneys for Defendants-Counterclaimants
9                                           Connectix Corporation and Microsoft
                                          Corporation

10

11 IT IS SO ORDERED.

12

13     Dated: 6/17/05 _____

14                                                 /s/ CLAUDIA WILKEN
                                              _____
15                                             UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

## Proof of Service

I am and was at the time of the service mentioned in this declaration, employed in the County of Santa Clara, California. I am over the age of 18 years and not a party to the within action. My business address is Dewey Ballantine LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303-2225.

On June 15, 2005, I served the within document:

**JOINT STIPULATION OF DISMISSAL**

☐ I sent such document from facsimile machine 650 845-7333 on June 15, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 650 845-7333 which confirms said transmission and receipt.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at 1950 University Avenue, Suite 500, East Palo Alto, CA 94303-2225, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelopes for delivery by Federal Express to the offices of the addressees as indicated on the attached mailing list on the date hereof following ordinary business practices.

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Wilmer Cutler Pickering Hale and Dorr<br>60 State Street<br>Boston, MA  02109<br>Facsimile:  617/526-5000 | Michael A. Oblon<br>Wilmer Cutler Pickering Hale and Dorr<br>1455 Pennsylvania Avenue, N.W.<br>Washington D.C.  20004<br>Facsimile:  202/942-8484 |
| Susan J. Harriman<br>Daniel E. Jackson<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Facsimile: (415) 397-7188 | |

1  |  I declare that I am employed in the office of a member of the bar of this court at whose
2  |  direction the service was made. Executed on June 15, 2005, at East Palo Alto, California.

/S/_____
Tammy Miller